DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSIE SAINT FLEUR** and **ANTOINE SAINT LOUIS,** as Personal
Representatives of the Estate of Karenine Saint Louis**,**
Appellants,

v.

**LYFT FLORIDA, INC.,** a foreign corporation**, LEONARDO ZAMBRANO
DEY,** and **JIMMY AGUIRRE,**
Appellees.

No. 4D18-270

[March 21, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 502017CA0007939XXXMB.

Kara Berard Rockenbach of Link & Rockenbach, P.A., West Palm Beach, for appellants.

Alan M. Pierce and Tricia J. Duthiers of Liebler, Gonzalez & Portuondo, Miami, for appellees.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***